**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 14-1861**

_____

JOHN M. DICKSON, JR.,

            Plaintiff - Appellant,

      v.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF
JUSTICE; UNITED STATES ATTORNEY GENERAL,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Arenda L. Wright Allen,
District Judge.  (2:13-cv-00254-AWA-DEM)

_____

Submitted:  December 18, 2014      Decided:  December 22, 2014

_____

Before SHEDD, WYNN, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John M. Dickson, Jr., Appellant Pro Se.  George Maralan Kelley,
III, Assistant United States Attorney, Norfolk, Virginia, for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John M. Dickson, Jr., appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Dickson v. United States, No. 2:13-cv-00254-AWA-DEM (E.D. Va. June 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED